IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TENET HEALTHSYSTEM GB, INC. d/b/a ATLANTA MEDICAL CENTER, | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION FILE NO.: |
| SPECIALTIES & PAPER PRODUCTS UNION NO. 527 HEALTH AND WELFARE FUND, | : : : : | 1:13-cv-00765-CC |
| Defendant. | : : | |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule F.R.C.P. 7.1, the defendant Specialties & Paper Products Union No. 527 Health and Welfare Fund files this disclosure statement that there no parent corporation nor any publicly held corporation which owns 10% or more of the Defendant's stock. The Defendant is a trust which was established pursuant to the Employee Retirement Income Security Act (ERISA), 29 U.S.C. §1001, *et seq.;* and Labor Management Relations Act (LMRA), §302(c)(5), 29 U.S.C. §186(c)(5).

This the 12th day of March, 2013.

Respectfully submitted,

/s/NORMAN J. SLAWSKY
Norman J. Slawsky
Georgia Bar No. 652225
**Quinn, Connor, Weaver, Davies & Rouco LLP**
3516 Covington Highway
Decatur, Georgia 30032
Telephone: (404) 299-1211
Facsimile: (404) 299-1288
Email:  nslawsky@gmail.com


/s/TESSA A. WARREN
Tessa A. Warren
Georgia Bar No. 435157
**Quinn, Connor, Weaver, Davies & Rouco LLP**
3516 Covington Highway
Decatur, Georgia 30032
Telephone: (404) 299-1211
Facsimile: (404) 299-1288
Email:  twarren@qcwdr.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2013, I filed the <u>Defendant's Rule 7.1 Disclosure Statement</u> with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Corin M. McCarthy
    Theresa D. Beaton
    Kilpatrick Townsend & Stockton LLP
    1100 Peachtree Street, Suite 2800
    Atlanta, Georgia  30309-4528

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

                                                      <u>/s/ NORMAN J. SLAWSKY</u>
                                                        Norman J. Slawsky